**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carole L. Gaines<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6437<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–16473–JNP | |

# Order of Discharge                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carole L. Gaines
   aka Carole L. Bottjer, aka Carole L. Forvour

9/14/21                                                    **By the court:** Jerrold N. Poslusny Jr.
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 16-16473-JNP
Carole L. Gaines                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                                        Page 1 of 3
Date Rcvd: Sep 14, 2021                    Form ID: 3180W                                Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carole L. Gaines, 53 London Ave., Egg Harbor City, NJ 08215-1121 |
| 516101690 | + | AES, PO Box 61047, Harrisburg, PA 17106-1047 |
| 516101692 | + | APG Bariatrics, c/o Richard Boudreau & Assoc., 6 Manor Pkwy., Salem, NH 03079-2841 |
| 516101693 | + | ARMC Anesthesiologists, PO Box 8500-1521, Philadelphia, PA 19178-0001 |
| 516101691 | + | Apex Asset Management, 2501 Oregon Pike, Ste. 102, Lancaster, PA 17601-4890 |
| 516101694 | + | Atira Credit, 5300 S. 6th St., Springfield, IL 62703-5184 |
| 516101698 | + | AtlantiCare Surger Center, PO Box 324, Temple, PA 19560-0324 |
| 516101695 | + | Atlantic Medical Imaging, 1810 Shore Rd., Northfield, NJ 08225-2220 |
| 516101696 | + | Atlantic Regional Medical Center, 1925 Pacific Ave., Atlantic City, NJ 08401-6713 |
| 516101701 | + | CCB Credit Services, 5300 S. 6th St., Springfield, IL 62703-5184 |
| 516101704 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516101707 | + | Justin Bean Acupuncture, 16 W. New York Ave., Somers Point, NJ 08244-1872 |
| 516101689 | ++++ | PO BOX 4238, 3G TELERADIOLOGY SOLUTION, PORTSMOUTH NH 03802-4238 address filed with court:, 3G Teleradiology Solution, PO Box 6750, Portsmouth, NH 03802 |
| 516101710 | + | Rickart Collection Systems, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 516101711 | + | TMG Financial Services, 1500 NW 118th St., Clive, IA 50325-8242 |
| 516313106 | + | TMG Financial Services, PO Box 14542, Des Moines, IA 50306-3542 |
| 516200755 |   | U.S Department of Education, c/o Fedloan Servicing, P.O Box 69184, Harrisburg Pa 17106-9184 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2021 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2021 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516101697 | + | Email/Text: ebn@nemours.org | Sep 14 2021 21:10:00 | AtlantiCare, 2500 English Creek Ave, Egg Harbor Township, NJ 08234-5549 |
| 516324474 | | EDI: BANKAMER.COM | Sep 15 2021 00:58:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 516101699 | + | EDI: BANKAMER.COM | Sep 15 2021 00:58:00 | Bank of America Home Loans, 1800 Tapo Canyon, Simi Valley, CA 93063-6712 |
| 516101700 | + | EDI: WFNNB.COM | Sep 15 2021 00:58:00 | Brylane Home / Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 516307230 | | EDI: BL-BECKET.COM | Sep 15 2021 00:58:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517264176 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 14 2021 21:09:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, California 92806, Carrington Mortgage Services, LLC, 1600 South |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 3180W | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 517264175 | + Email/Text: BKBCNMAIL@carringtonms.com | | | Douglass Road, Anaheim, California 92806-5951 |
| | | | Sep 14 2021 21:09:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, California 92806-5951 |
| 516101703 | + EDI: WFNNB.COM | | Sep 15 2021 00:58:00 | Fashion Bug / Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 516101705 | + EDI: CITICORP.COM | | Sep 15 2021 00:58:00 | Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 516101706 | + EDI: IIC9.COM | | Sep 15 2021 00:58:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516101702 | EDI: JPMORGANCHASE | | Sep 15 2021 00:58:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 516101708 | + Email/Text: PBNCNotifications@peritusservices.com | | Sep 14 2021 21:09:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516101709 | + EDI: LTDFINANCIAL.COM | | Sep 15 2021 00:58:00 | LTD Financial Services, 7322 SW Freeway, Ste. 1600, Houston, TX 77074-2134 |
| 516319561 | EDI: PRA.COM | | Sep 15 2021 00:58:00 | Portfolio Recovery Associates, LLC, c/o Fashion Bug, POB 41067, Norfolk VA 23541 |
| 516324413 | EDI: PRA.COM | | Sep 15 2021 00:58:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516114074 | EDI: Q3G.COM | | Sep 15 2021 00:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516101712 | + EDI: WFNNB.COM | | Sep 15 2021 00:58:00 | Victoria's Secret / Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | |
| | on behalf of Debtor Carole L. Gaines jkearney@belluccilaw.net bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Bank of America N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joshua I. Goldman | on behalf of Creditor Bank of America N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |

TOTAL: 7